

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

FILED
JUN -7 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 17-3 0033 |
| JEFFERY NELSON, | ) VIO: 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about October 5, 2016, in Sangamon County, in the Central District of Illinois,

**JEFFERY NELSON**,

the defendant herein, knowingly and intentionally distributed 28 grams or more of mixtures or substances containing a detectable amount of cocaine base (crack cocaine), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

A TRUE BILL,

s/Foreperson
FOREPERSON

s/by John Childress

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY
MZW