IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 17-cr-30033 |
| | ) | |
| JEFFERY NELSON, | ) | The Honorable Sue E. Myerscough, |
| | ) | United States District Judge, |
| Defendant. | ) | Presiding. |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT

**NOW COMES** Mark Kevin Wykoff, Sr. of the Wykoff Law Office, LLC, attorney for Defendant, Jeffery Nelson, and in support of his Motion to Withdraw as Attorney of Record for Defendant, states to this Honorable Court as follows, that:

1. On or about June 21, 2017, undersigned counsel filed his Entry of Appearance in the above-styled cause.

2. Subsequent thereto, undersigned counsel received and personally reviewed the initial tender of discovery provided by the Government.

3. Undersigned counsel, in addition, then met with the Accused, in-person, at the Pike County Jail to review and discuss the tender of discovery in detail.

4. In so doing, it came to the attention of the undersigned that a client of this office may be a necessary Government witness were the instant cause to proceed to trial.

5. Were said witness to be included on the Government's witness list, a *per se* conflict would be triggered.

6. So as to shroud the Accused with the effective assistance of counsel – implicit within which is conflict-free counsel – the undersigned respectfully prays that he be granted leave of this Honorable Court to withdraw from the instant cause.

7. Counsel for the Government has been consulted as to the relief prayed for herein and agrees with the assessment of the undersigned as set forth above.

8. This motion is not brought for the purposes of delay, but is in the best interests of all parties to the cause.

9. Neither the rights of the Government, nor those of the Defendant will be jeopardized by the granting of the relief sought herein.

**WHEREFORE,** undersigned counsel, Mark Kevin Wykoff, Sr., respectfully prays that this Honorable Court, for all of the reasons set forth herein, grant his Motion to Withdraw as Counsel and allow Defendant the necessary period of time to retain new counsel, or appoint him counsel, if deemed indigent and specifically requested, and for such other and further relief as this Honorable Court deems just and necessary.

Respectfully Submitted,

**MARK KEVIN WYKOFF, SR.**

By:      s/ *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: Mark@WykoffLaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Matthew Z. Weir, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
318 South Sixth Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Jeffery Nelson
c/o Pike County Jail
204 E. Adams Street
Pittsfield, IL 62363

                                             s/*Mark Kevin Wykoff, Sr.*
                                             Mark Kevin Wykoff, Sr.
                                             Reg. No. 6292093
                                             Attorney for Defendant
                                             Wykoff Law Office, LLC
                                             919 South Eighth Street
                                             Springfield, Illinois 62703
                                             Telephone: (217) 522-3319
                                             Fax: (217) 522-4147
                                             E-mail: Mark@WykoffLaw.com