# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-cr-30033 |
| JEFFERY NELSON, | ) |
| Defendant. | ) |

## INFORMATION CHARGING PRIOR OFFENSES

COMES NOW the United States of America, by Patrick D. Hansen, Acting United States Attorney for the Central District of Illinois, and Assistant United States Attorney Matthew Z. Weir, and hereby gives notice pursuant to Title 21, United States Code, Section 851(a)(1), of the following prior conviction of the defendant which may qualify as a basis for a sentencing enhancement:

1. *Illinois v. Jeffery Nelson*, 2002-CF-115, Sangamon County Circuit Court, for manufacture/delivery of a controlled substance, Class 1 felony.

2. The effect of this prior conviction for a felony drug offense is as follows:

Inasmuch as Count One involves the distribution of 28 grams or more of cocaine base (crack), the defendant is subject to a sentence of not less than 10 years and up to life imprisonment, a fine not to exceed $8,000,000, and a supervised release term of not less than 8 years.

Respectfully submitted,

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY

*/s/ Matthew Z. Weir*
Matthew Z. Weir, IL Bar No. 6304257
Assistant United States Attorney
United States Attorney's Office
318 South 6th Street
Springfield, IL  62701
Telephone: 217/492-4450
Email: Matt.Weir@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record: Doug Quivey.

*/s/ Matthew Z. Weir*
Matthew Z. Weir
Assistant United States Attorney
United States Attorney's Office
