Judge Sue Myerscough,

My name is Violette Davis. My son Sidney Ballenger is in the Pike County Jail. In Pittsfield, Illinois. Sidney is in the same cell block as a man named Jeffery Nelson. I personally do not know Mr. Nelson. I do however no that Mr. Nelson may have saved my son's life.

On Nov. 11th, 2017 my son woke up and was on his bunk eating his oatmeal from breakfast. His cell mate C. Rogers, I'm not sure his first name, was washing clothes in thier sink. So Sidney went out to the day room to wash his spoon. On his way out of the cell, C. Rogers grabbed Sidney around the neck. Sidney pulled at C. Rogers arm trying to get lose.

He was unable to do so. Sidney eventually lost conciousness. Even after my son fell to the floor C. Rogers continued to choke him. Another inmate by the name of Charles Dueese told Mr. Nelson that Sidney was being choked. Mr. Nelson then came to Sidney's aide. He punched C. Rogers three times in the face before C. Rogers finally loosened his hold on Sidney's neck. After 3 to 4 minutes Sidney regained consciousness and was able to get to the door and beat and yell for a correctional officer. Meanwhile C. Rogers wrestled out of Mr. Nelsons hold and also hit Charles Dueese in the head with

a domino tin. Roger's split Mr. Dueeese's head open in two spots. Both Sidney and Mr. Dueeese were taken to the hospital. I'm not sure how all of this occured without a correctional officer knowing. I do know that if not for Jeffery Nelson that my son Sidney would possibly of lost his life.

I'm not sure why Mr. Nelson is in jail, but he is obviously a pretty great person to help my son the way he did.
Thank you for your time.

Sincerely,
Violette Lewis

Violette Davis
P.O. Box 223
Nebo, IL. 62355

SPRINGFIELD IL 627
NOV 2017 PM 3 T



Judge Sue Myerscough
600 E. Monroe St. #319
Springfield, IL. 62701