rec'd
rev'd Sew 11/28/17

Judge Sue Myerscough,

My Name is Sidney Ballenger. I am an inmate at the Pike County Illinois Jail in Pittsfield, Illinois. Jeffery Nelson and I are in the same cell block. I believe Jeffery Nelson saved my life.

On Nov. 11, 2017 I was grabbed from behind by another inmate in our cell and was choked unconscious. Even though I was unconscious the inmate continued to choke me. Jeffery Nelson did what he had to and finally got the other Inmate to release his hold on me. If it weren't for Jeffery Nelson I don't believe I would be alive to write you this letter. I am forever greatful to Jeffery Nelson. He is a good man. And I just want you to know what he done for me.

Sincerely,
Sidney W. Ballenger

Sidney Ballenger
204. E. Adams
Pittsfield, Illinois 62363



Judge Sue Myerscough
600 E. Monroe St. #319
Springfield, Illinois 62701