12/14/17    12-4-17

Dear Judge,

I've been knowing him from my kids a long time. He means a lot to me. In my life, he calls me every day and see how I'm doing and see if I need anything. He is a very delightful young man.

If I need him he will drop everything and come and see to my needs, he just that kind of person, he is sweet to me.

He impress me by the things he do for me and others.

His absence in jail will mean that all of the above I will miss him and seeing him every day and his smile.

Well I'm going to keep praying for him when and if he get out, he well have a chance for a better life.

Yes I would love to help him, show him the right way to go. To help

Keep him on the Right Way
Thanks for listening.
Saundra Petty
405 William St. #206
217-679-2064

Saundra Pettit
405 Williams St, Apt. 206
Springfield, IL 62704

Judge Sue Myerscough
600 E. Monroe St. #319
Springfield, IL 62701

SPRINGFIELD IL 627
07 DEC 2017 PM 1 T

FOREVER/USA