02/06/2018
Judge Sue E. Myerscough
United States District Court Judge
Central District of Illinois
600 E Monroe St. # 319
Springfield, IL 62701

Regarding: Us vs Jeffery Nelson

Dear Judge Sue E. Myerscough,

First, I would like to thank you for taking the time to read this letter in regards to Jeffery Nelson. I have known Jeffery Nelson for over a year and I am someone who is very close to him as a friend and a lover. Jeffery and I are deeply in love and would like to start a family together.

I understand that Jeffery Nelson is being charge with 1 count of 21:841A=CD.F - CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE - On or about October 5, 2016, in Sangamon County, Illinois, the defendant knowingly and intentionally distributed 28 grams or more of mixtures or substances containing a detectable amount of cocaine base (crack cocaine), in violation of Title 21, USC § 841(a)(1) and (b)(1)(B)(iii). Jeff and I have discuss the situation he is currently in and I will support him throughout his sentence.

When I first met Jeff I was currently on drugs and heading down a dark path, I was at my worse. Jeff saved me I owe him my life. He saw something in me that no one has ever seen. I wouldn't be here today and the person I am today if it wasn't for him. Thanks to him I currently have a good job I have been cleaned for a year. I have a better relationship with my children and my family. Jeff does nothing but motivates me, encourages me, show me nothing but how good of a friend he is, shows me loved and compassion, he believes in me. Thanks to Jeff I will be starting on-line college courses this spring, working towards a degree in accounting.

Jeff has also been a big influence on my daughter. She is currently 11 years old. Last year she made mostly A's, B's and 1 C, compared to C's and D's the year before. He has helped her grow into a young lady and still to this day encourages her to do her best that he knows she is capable of.

Jeff is also a father to 4 children that he deeply cares for and takes care of them in anyway. He's there for his children the same way he has been there for me and my daughter. Jeff's mother fell ill and her life was touch and go there for a while. The first night Jeff's mother was admitted to the hospital, we stayed up there, she was in a medical induce coma and he would

sit by her side talk to her, prayed for her to get better. She is well but her health is not the best.

Jeff has had his own struggles but he also owned his own business and he would like to own another one someday. Please consider that the time that Jeff and I have spent together I have seen him turning his life around, become a better man. Jeff understands the wrongfulness that he has done and is deeply sorrow for it. He regrets what he has done and for his past. He wants to move forward, he wants to continue to be a good father to his children and start a family with myself and my children. He wants to show that he is worthy and will do well for himself and others and not fall back into the same footsteps as before.

I do not think society would benefit from sending Jeffery Nelson to prison for 10 plus years. I understand that he does have to pay for his consequences but there are far worst people out there then Jeff. I do believe if you would give him one more chance that he will prove to you that he will become a good citizen and not fall back into his footsteps.

Respectfully,

*Jami Dyer*

Jami Dyer

Jami Dyer
110 W. Calhoun
Springfield IL 62702

Katie Leifer
600 E. Monroe St. #319
Springfield IL 62701

SPRINGFIELD IL 627
07 FEB 2018 PM 2 L

5270181574

